FILED
MAY - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 92-00387-WDK |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| v. ) | 18 U.S.C. 3143(a)] |
| ) | |
| MARY KATHRYN SUHM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if

Deten[2].ord

released under 18 U.S.C. § 3142(b) or (c). This finding is based on her failure to proffer any evidence to meet her burden on this issue;

and

B. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on her failure to proffer any evidence to meet her burden on this issue.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: May 8, 2009

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord

2